IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KINSEY MAE,
          Plaintiff,

vs.                            Case No.: 5:05cv2/LAC/MD

ALLEN CLARK, et al.,
          Defendants.

---

## REPORT AND RECOMMENDATION

      This cause is before the court upon referral from the clerk. Plaintiff commenced this civil rights action on January 3, 2005. (*See* Docs. 1, 4 & 12). On March 28, 2005 this court issued an order directing plaintiff to file an amended complaint within thirty days. (Doc. 15). Plaintiff was warned that failure to do so would result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of the court. (*Id.*). Plaintiff did not respond to the court's order.

      Accordingly, on May 16, 2005 the court issued an order directing plaintiff to show cause within twenty days why this case should not be dismissed for failure to prosecute and failure to comply with an order of the court. (Doc. 16). Plaintiff responded, indicating that he required additional time in which to prepare his amended complaint. (Doc. 18). The court granted plaintiff a thirty-day extension, advising him that he must submit his amended complaint on or before June 24, 2005. (Doc. 19). The extended deadline passed, and plaintiff did not submit an amended complaint.

      Consequently, on July 25, 2005 this court again issued an order requiring plaintiff to show cause within twenty days why this case should not be dismissed

for failure to prosecute and failure to comply with an order of the court.  (Doc. 20).

That deadline has expired, and plaintiff has not responded to the court's order.

Accordingly, it is respectfully RECOMMENDED:

1.  That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2.  That the clerk be directed to close the file.

DONE AND ORDERED this 18th day of August, 2005.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

<u>**NOTICE TO THE PARTIES**</u>

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**